GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/21/2019

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 16-00935 | #626 | MICHAEL A. CRAIG | CREDITORS SPECIALTY SERVICE, INC. | P.O. BOX 764 ACTON, CA 93510 | 210627 | $ 14.85 |
| 16-03917 | #626 | CARLOS RICHARDSON LATRICIA RICHARDSON | GULFCO OF MISSISSIPPI, LLC | P.O. BOX 645 LUCEDALE, AL 39452 | 211066 | $ 9.48 |
| 14-03803 | #626 | ALEX BIENVENIDO NG CHRISTINA ANN KLEIN | LUBNA MANASAWALA | 149 W 28TH STREET SUITE #3 NEW YORK, NY 10001 | 211354 | $ 14.65 |
| 16-04346 | #626 | CASSANDRA JAMES | NOAH DRAINE, JR. | 1522 ORANGE STREET MOBILE, AL 36605 | 211724 | $ 163.13 |
| 16-03683 | #626 | BETTY A. WARD | PLAZA SERVICES | 110 HAMMOND DRIVE STE-110 ATLANTA, GA 30328 | 211887 | $ 3.37 |
| 17-02439 | #626 | EVERETT F. EVANS | TOWER LOAN OF EAST MOBILE | P.O. BOX 6632 EAST MOBILE, AL 36616 | 212643 | $ 69.99 |
| 15-00212 | #626 | RICKY STEFAN ANDREW MITZI ANN ANDREW | VELOCITY INVESTMENTS, LLC | P.O. BOX 2189 MONTGOMERY, AL 36102 | 212860 | $ 205.50 |
| 14-02907 | #626 | PHILLIP E. ROBINSON GINA M. ROBINSON | WEX FLEET ONE | P.O. BOX 4155000 NASHVILLE, TN 37211 | 212999 | $ 117.27 |
| 17-00318 | #625 | SHARON STALLWORTH | WILMINGTON TRUST NA | 3000 KELLWAY DRIVE STE 150 CARROLTON, TX 75006 | 213032 | $ 238.17 |
| 15-00565 | #634 | BILLY BAILEY, JR. LEORA BAILEY | BILLY BAILEY, JR. LEORA BAILEY | 1605 COLLIER AVENUE BAY MINETTE, AL 36507 | 213089 | $ 40.00 |
| 15-01381 | #632 | LINDSAY A. CHARLTON | LINDSAY A. CHARLTON | 1615 BRYAN AVENUE MOBILE, AL 36605 | 213134 | $ 555.00 |
| 14-03804 | #632 | HOWARD W. CUEVAS | HOWARD W. CUEVAS | 158 S. FULTON STREET MOBILE, AL 36606 | 213153 | $ 123.48 |
| 18-03851 | #632 | ASHLEY KAY DUNNAM | ASHLEY KAY DUNNAM | 12965 OAK COURT WILMER, AL 36587 | 213165 | $ 7.15 |
| 18-02727 | #634 | PHARISEE FOX | PHARISEE FOX | 1613 JAMES STREET MOBILE, AL 36617 | 213176 | $ 2,200.94 |

GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/21/2019

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 14-03558 | #632 | RALPH EDWARD GIPSON | RALPH EDWARD GIPSON | 20050 OAK ROAD EAST UNIT 212 GULF SHORES, AL 36542 | 213182 | $ 38.45 |
| 16-01977 | #632 | ISAIAH HARRIS, III | ISAIAH HARRIS, III | 816 LAURE CT MOBILE, AL 36695 | 213198 | $ 24.11 |
| 14-02591 | #632 | TRAVIS ANTHONY HOWZE | TRAVIS ANTHONY HOWZE | 18 OLD TELEGRAPH ROAD SARLAND, AL 36571 | 213213 | $ 145.09 |
| 14-03327 | #632 | ROBERT LEE MEINHARDT, JR. | ROBERT LEE MEINHARDT, JR. | 3401 SHERINGHAM DRIVE MOBILE, AL 36609 | 213258 | $ 4.45 |
| 14-02363 | #632 | DEBRA MIREE | DEBRA MIREE | 2526 EISENHOWER STREET SELMA, AL 36701 | 213262 | $ 2.42 |
| 16-02144 | #632 | DEMETRIAS MITCHELL | DEMETRIAS MITCHELL | 2055 PASS ROAD UNIT 5 BILOXI, MS 39531 | 213263 | $ 3.32 |
| 15-01789 | #632 | ARMYSE MOYE | ARMYSE MOYE | 421 LOREE ROAD EVERGREEN, AL 36401 | 213268 | $ 105.02 |
| 18-05067 | #634 | CALVIN M. NEWMAN | CALVIN M. NEWMAN | 9340 HWY 188 IRVINGTON, AL 36544 | 213269 | $ 630.30 |
| 14-03303 | #632 | COURTNEY LEFRANCE PRITCHETT | COURTNEY LEFRANCE PRITCHETT | 5607 RENN STREET MOBILE, AL 36618 | 213282 | $ 51.63 |
| 14-03740 | #634 | VIRGIL RUSSELL | VIRGIL RUSSELL | 2407 WHISTLER STREET MOBILE, AL 36610 | 213298 | $ 15.00 |
| 19-12255 | #634 | PAMELA KAY SANDERS | PAMELA KAY SANDERS | 7020 MOFFETT ROAD MOBILE, AL 36618 | 213301 | $ 150.00 |
| 17-02223 | #632 | SANDRA S. SMITH | SANDRA S. SMITH | 50 NORTH SAGE AVENUE MOBILE, AL 36607 | 213311 | $ 84.78 |
| | | | TOTAL | | | $ 5,017.55 |